# Medicredit

PO Box 505600
St. Louis MO 63150-5600
800-823-2318
8 a.m.-8 p.m. Mon-Thurs, 8 a.m.-5 p.m. Fri and 9 a.m.-1 p.m. Sat.
All times are Central time zone.
www.medicreditcorp.com

To:   Isaac G Heres
      2238 Coral Reef CT
      Ft Lauderdale FL 33312

Reference: 164511900

**Medicredit, Inc. is a debt collector.** We are trying to collect a debt that you owe to HCA Florida Aventura Hospital. We will use any information you give us to help collect the debt.

## Our Information shows:

Isaac Heres received services from HCA Florida Aventura Hospital with account number 39759381.

| | |
|---|---|
| As of September 28, 2021, you owed: | $1,337.33 |
| Between September 28, 2021 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid, your insurance paid and/or you were credited this amount toward the debt: | - $0.00 |
| Total amount of the debt now: | $1,337.33 |

## How can you dispute the debt?

- **Call or write to us by September 7, 2023**, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

- **If you write to us by September 7, 2023**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by September 7, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

- Pay online at www.medicreditcorp.com

**Notice:** See reverse side for important information.

621494356_29_TTTOGW01_01DHCI-164511900-B1H00335

---

### How do you want to respond?

*Check all that apply:*

O I want to dispute the debt because I think:
  O This is not my debt.
  O The amount is wrong.
  O Other (please describe on reverse or attach additional information).

O I want you to send me the name and address of the original creditor.

O I enclosed this amount:
  $ _____

Make your check payable to MEDICREDIT, INC.
Include account number 39759381.

**Mail this form to:**

MEDICREDIT, INC.
PO Box 505600
St. Louis MO 63150-5600

Undeliverable Mail Only
TTTOGW01
PO BOX 1280
OAKS PA 19456-1280
ADDRESS SERVICE REQUESTED

July 29, 2023

Isaac G Heres
2238 Coral Reef CT
Ft Lauderdale FL 33312-5238

HERES ISAAC    0001645119000000100000133733 8