UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-24815-BB

**ISAAC HERES,**

    Plaintiff,

v.

**MEDICREDIT INC,**

    Defendant.

_____/

## MOTION FOR HEARING

Plaintiff Isaac Heres ("Plaintiff") submits this Motion for Hearing pursuant to the Order Setting Discovery Procedures [Doc. 19] and, in accordance therewith, states:

1. Plaintiff and Defendant MediCredit Inc ("Defendant") have a *bona fide* discovery dispute with respect to: (1) Defendant's written responses to Plaintiff's discovery requests; and (2) the deposition of Defendant's corporate representative.

2. Counsel for Plaintiff and Defendant have conferred multiple times, both *via* e-mail and telephonically, regarding Defendant's responses to Plaintiff's discovery requests, as well as the sought after deposition of Defendant's corporate representative. After thorough collaboration, the Parties have narrowed the issues in dispute to the following:

    (a)    Interrogatories No. 1, 2, 3, 4, 5, and 6.

    (b)    Production Requests No. 1, 2, 4, 5-15, 16, 17, 18, and 19.

    (c)    Admission Requests No. 5, 6, and 9.

    (d)    The deposition of Defendant's corporate representative with respect to the topics noticed by Plaintiff.

3. As part of the multiple conferrals regarding the above-identified discovery matters in dispute, in seeking to resolve the matter without the Court's intervention, Plaintiff agreed in

writing to limit, modify, or narrow the subject request in light of Defendant's written objections, but as of this filing, the Parties have been unable to resolve the matter. A copy of, among other things, Plaintiff's written agreement to limit, modify, or narrow the subject discovery request, as well as the deposition of Defendant's corporate representative, will be included as part of the source materials relevant to the discovery dispute.

4. Prior to the submission of this Motion, counsel for Plaintiff and Defendant agreed to have this matter heard by Chief United States Magistrate Judge, Edwin G. Torres on Thursday, **September 19, 2024**, notified chambers of the same, and otherwise confirmed the date of the hearing.

5. Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiff, Thomas Patti, Esq., certifies that he has conferred with counsel for Defendant MediCredit Inc, Drew O'Mally, Esq., and John Ryan, Esq., regarding the relief sought herein in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

DATED: January 25, 2024

Respectfully Submitted,

/s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:   Tom@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33309
Phone:   561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377